THE STATE EX REL. MARSTON, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Marston v. Indus.*
*Comm.* (2001), 90 Ohio St.3d 569.]

(No. 00–749—Submitted November 14, 2000—Decided January 17, 2001.)

---

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

---

COOK, J., dissenting. I agree with the rationale set forth in the dissenting opinion of Judge Deshler; therefore, I am unable to join the majority in affirming the judgment of the court of appeals.

*Becker, Reed & Tilton* and *Dennis A. Becker,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Thomas L. Reitz,* Assistant Attorney General, for appellant.